Case 3:20-cv-00106   Document 13   Filed on 07/06/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY, § § § § Plaintiff, § VS. § RAYNA JANE GUIDRY, *et al*, § § Defendants. § | CIVIL ACTION NO. 3:20-CV-106 |

### ORDER OF DISMISSAL

On July 1, 2020, the plaintiff filed a Notice of Dismissal (Dkt. 11) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island this 6th day of July, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE